**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (CINCINNATI)**

| | | |
|---|---|---|
| TERRANCE L. FEASTER, | : | Case No. 1:25-cv-580 |
| | : | |
| Plaintiff, | : | District Judge Michael R. Barrett |
| | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | |
| | : | |
| CYNTHIA D. DAVIS, *et al.*, | : | |
| | : | |
| Defendants. | : | |

---

**ORDER CONCERNING MEDIATION**

---

Plaintiff Terrance Feaster has filed a Motion for ADR/Mediation (Doc. No. 21), as discussed in the Court's recent Scheduling Order (Doc. No. 19). Defendants Matthew Evans and Kari Evans responded to the Motion.[1] (Doc. No. 22.) They indicate that they are not prepared to engage in the meaningful discussion required of mediation at this time, before discovery has been completed. (*Id*.)

The undersigned appreciates Plaintiff's willingness to attempt an alternative resolution of this matter, and also understands Defendants' position that such an attempt is premature. Plaintiff's Motion for ADR/Mediation is therefore **DENIED WITHOUT PREJUDICE** to refiling after discovery has been completed.

**IT IS SO ORDERED.**

*/s/ Caroline H. Gentry*
CAROLINE H. GENTRY
United States Magistrate Judge

---

[1] Matthew Evans and Kari Evans were identified in the Complaint as Mike Evans and C. Evans. (*See* Complaint, Doc. No. 8 at PageID 137-138; *see also* Defendants' Answer, Doc. No. 17.) The undersigned has recommended that the Court dismiss all other named Defendants. (*See* Doc. No. 10.)